ALLAN E. ANDERSON (SBN 133672)
TIMOTHY L. SKELTON (SBN 200432)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: aanderson@rmkb.com
         tskelton@rmkb.com

Attorneys for AMAZON.COM, INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A'LOR INTERNATIONAL, LTD., a California Limited Company, individually and doing business as "CHARRIOL USA," <br><br> Plaintiff, <br><br> v. <br><br> TAPPERS FINE JEWELRY, INC., et al., <br><br> Defendants. | Case No. CV12-02215 RGK (VBKx) <br><br> **AMAZON.COM'S ANSWER TO COMPLAINT;** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Judge:  R. Gary Klausner <br> Magistrate Judge:  Victor B. Kenton |

Defendant Amazon.com Inc., by and through undersigned counsel, answers the Complaint by Plaintiff A'Lor International, Ltd. as follows:

1. Paragraph 1 states conclusions of law for which no response is required.

2. Answering paragraph 2, Amazon.com does not contest jurisdiction.

3. Answering paragraph 3, Amazon.com does not contest venue.

4. Answering paragraph 4, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

5. Answering paragraph 5, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

6. Answering paragraph 6, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

7. Answering paragraph 7, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

8. Answering paragraph 8, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

9. Answering paragraph 9, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

10. Answering paragraph 10, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

11. Answering paragraph 11, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

12. Answering paragraph 12, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

13. Answering paragraph 13, Amazon.com admits the allegations.

14. Answering paragraph 14, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

15. Answering paragraph 15, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

16. Answering paragraph 16, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

17. Answering paragraph 17, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

18. Answering paragraph 18, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

19. Answering paragraph 19, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

20. Answering paragraph 20, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

21. Answering paragraph 21, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

22. No response is required to paragraph 22.

23. No response is required to paragraph 23.

24. Amazon.com denies the allegations in paragraph 24.

25. Amazon.com denies the allegations in paragraph 25, but does not contest jurisdiction.

26. Amazon.com denies the allegations in paragraph 26, but does not contest jurisdiction.

27. Answering paragraph 27, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

28. Answering paragraph 28, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

29. Answering paragraph 29, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

30. Answering paragraph 30, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

31. Answering paragraph 31, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

32. Amazon.com denies the allegations in paragraph 32.

33. No response is required to paragraph 33.

34. Amazon.com denies the allegations in paragraph 34.

35. Amazon.com denies the allegations in paragraph 35.

36. Answering paragraph 36, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

37. Answering paragraph 37, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

38. Answering paragraph 38, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

39. Amazon.com denies the allegations in paragraph 39.

40. Answering paragraph 40, Amazon.com denies that Plaintiff's jewelry is distinctive. As to the remaining allegations, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

41. Answering paragraph 41, Amazon.com denies that Plaintiff's jewelry is distinctive. As to the remaining allegations, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

42. Amazon.com denies the allegations in paragraph 42.

43. Amazon.com denies the allegations in paragraph 43.

44. Amazon.com denies the allegations in paragraph 44.

45. Answering paragraph 45, Amazon.com denies that it appropriated Plaintiff's advertising. As to the remaining allegations, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

46. Amazon.com denies the allegations in paragraph 46.

47. Amazon.com denies that the designs in Exhibit 1 are infringing.

48. Answering paragraph 48, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

49. Answering paragraph 49, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

50. Answering paragraph 50, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

51. Answering paragraph 51, Amazon.com is without sufficient

information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

52. Amazon.com denies the allegations in paragraph 52.

53. Answering paragraph 53, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

54. Answering paragraph 54, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

55. Answering paragraph 55, Amazon.com denies that consent was needed.

56. Answering for itself only, Amazon.com denies the allegations in paragraph 56.

57. Answering for itself only, Amazon.com denies the allegations in paragraph 57.

58. Answering for itself only, Amazon.com denies the allegations in paragraph 58.

59. Answering for itself only, Amazon.com denies the allegations in paragraph 59.

60. Answering for itself only, Amazon.com denies the allegations in paragraph 60.

61. Answering for itself only, Amazon.com denies the allegations in paragraph 61.

62. Answering for itself only, Amazon.com denies the allegations in paragraph 62.

63. Answering for itself only, Amazon.com denies that any authorization or approval is required for the sale of the products in Exhibit 1.

64. Answering for itself only, Amazon.com denies the allegations in

1  paragraph 64.

2  65.  Answering for itself only, Amazon.com denies the allegations in
3  paragraph 65.

4  66.  No response to paragraph 66 is required.

5  67.  Answering paragraph 67, Amazon.com is without sufficient
6  information or knowledge to form a belief as to the truth or falsity of the allegations
7  of this paragraph and therefore denies them.

8  68.  Answering paragraph 68, Amazon.com is without sufficient
9  information or knowledge to form a belief as to the truth or falsity of the allegations
10 of this paragraph and therefore denies them.

11 69.  Answering paragraph 69, Amazon.com is without sufficient
12 information or knowledge to form a belief as to the truth or falsity of the allegations
13 of this paragraph and therefore denies them.

14 70.  Answering for itself only, Amazon.com denies the allegations in
15 paragraph 70.

16 71.  Answering for itself only, Amazon.com denies the allegations in
17 paragraph 71.

18 72.  Answering for itself only, Amazon.com denies the allegations in
19 paragraph 72.

20 73.  Answering for itself only, Amazon.com denies the allegations in
21 paragraph 73.

22 74.  Answering for itself only, Amazon.com denies the allegations in
23 paragraph 74.

24 75.  No response to paragraph 75 is required.

25 76.  Answering for itself only, Amazon.com denies the allegations in
26 paragraph 76.

27 77.  Answering for itself only, Amazon.com denies the allegations in
28 paragraph 77.

78. Answering for itself only, Amazon.com denies the allegations in paragraph 78.

79. Answering for itself only, Amazon.com denies the allegations in paragraph 79.

80. Answering for itself only, Amazon.com denies the allegations in paragraph 80.

81. No response to paragraph 81 is required.

82. Answering paragraph 82, Amazon.com denies that Plaintiff's purported trade dress has secondary meaning. As to the remaining allegations, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

83. Answering for itself only, Amazon.com denies the allegations in paragraph 83.

84. Answering for itself only, Amazon.com denies the allegations in paragraph 84.

85. Answering for itself only, Amazon.com denies the allegations in paragraph 85.

86. Answering for itself only, Amazon.com denies the allegations in paragraph 86.

87. Answering for itself only, Amazon.com denies the allegations in paragraph 87.

88. Answering for itself only, Amazon.com denies the allegations in paragraph 88.

89. Answering for itself only, Amazon.com denies the allegations in paragraph 89.

90. Answering for itself only, Amazon.com denies the allegations in paragraph 90.

91. Answering for itself only, Amazon.com denies the allegations in

paragraph 91.

92. No response to paragraph 92 is required.

93. Answering for itself only, Amazon.com denies the allegations in paragraph 93.

94. Answering for itself only, Amazon.com denies the allegations in paragraph 94.

95. Answering for itself only, Amazon.com denies the allegations in paragraph 95.

96. No response to paragraph 96 is required.

97. Amazon.com denies the allegations in paragraph 97.

98. Answering for itself only, Amazon.com denies the allegations in paragraph 98.

99. Answering for itself only, Amazon.com denies the allegations in paragraph 99.

100. Answering for itself only, Amazon.com denies the allegations in paragraph 100.

101. Answering for itself only, Amazon.com denies the allegations in paragraph 101.

102. No response to paragraph 102 is required.

103. Answering for itself only, Amazon.com denies the allegations in paragraph 103.

104. Answering for itself only, Amazon.com denies the allegations in paragraph 104.

105. Answering for itself only, Amazon.com denies the allegations in paragraph 105.

106. No response to paragraph 106 is required.

107. Answering for itself only, Amazon.com denies the allegations in paragraph 107.

1  108. Answering for itself only, Amazon.com denies the allegations in
2  paragraph 108.
3  109. Answering for itself only, Amazon.com denies the allegations in
4  paragraph 109.
5  110. Answering for itself only, Amazon.com denies the allegations in
6  paragraph 110.
7  111. Answering for itself only, Amazon.com denies the allegations in
8  paragraph 111.
9  112. No response to paragraph 112 is required.
10  113. No response to paragraph 113 is required.
11  114. No response to paragraph 114 is required.
12  115. No response to paragraph 115 is required.
13  116. No response to paragraph 116 is required
14  117. No response to paragraph 117 is required.
15  118. No response to paragraph 118 is required.
16  119. No response to paragraph 119 is required.
17  120. No response to paragraph 120 is required.
18  121. No response to paragraph 121 is required.
19  122. No response to paragraph 122 is required.
20  123. No response to paragraph 123 is required.
21  124. No response to paragraph 124 is required.
22  125. No response to paragraph 125 is required.
23  126. No response to paragraph 126 is required.
24  127. No response to paragraph 127 is required.
25  128. No response to paragraph 128 is required.
26  129. No response to paragraph 129 is required.
27  130. No response to paragraph 130 is required.
28  131. No response to paragraph 131 is required.

132. No response to paragraph 132 is required.

133. No response to paragraph 133 is required.

134. No response to paragraph 134 is required.

135. No response to paragraph 135 is required.

136. No response to paragraph 136 is required.

137. No response to paragraph 137 is required.

138. No response to paragraph 138 is required.

139. No response to paragraph 139 is required.

140. No response to paragraph 140 is required.

141. Answering paragraph 141, Amazon.com admits the legal conclusion advanced, but denies the premise that the subject designs are protectible.

142. Answering for itself only, Amazon.com denies the allegations in paragraph 142.

143. Answering for itself only, Amazon.com denies the allegations in paragraph 143.

144. Answering for itself only, Amazon.com denies the allegations in paragraph 144.

145. Answering for itself only, Amazon.com denies the allegations in paragraph 145.

146. No response to paragraph 146 is required.

147. Answering paragraph 147, Amazon.com denies that the subject designs are protectible. As to the remaining allegations, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

148. Answering for itself only, Amazon.com denies the allegations in paragraph 148.

149. Answering for itself only, Amazon.com denies the allegations in paragraph 149.

150. Answering for itself only, Amazon.com denies the allegations in paragraph 150.

151. No response to paragraph 151 is required.

152. Answering paragraph 152, Amazon.com denies that the subject designs are protectible.

153. Answering for itself only, Amazon.com denies the allegations in paragraph 153.

154. Answering for itself only, Amazon.com denies the allegations in paragraph 154.

155. Answering for itself only, Amazon.com denies the allegations in paragraph 155.

156. Answering for itself only, Amazon.com denies the allegations in paragraph 156.

157. Answering for itself only, Amazon.com denies the allegations in paragraph 157.

158. Answering for itself only, Amazon.com denies the allegations in paragraph 158.

159. Answering for itself only, Amazon.com denies the allegations in paragraph 159.

## PRAYER FOR RELIEF

Amazon.com denies that Plaintiff is entitled to any of the items set forth in its prayer for relief.

## SEPARATE AFFIRMATIVE DEFENSES

As a further answer to Plaintiff's complaint, Amazon.com asserts the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

Plaintiff's complaint, and each and every cause of action, fails to state facts as to Amazon.com sufficient to constitute a cause of action against it.

## SECOND AFFIRMATIVE DEFENSE

(Redundant copyright claims)

Plaintiff's multiple copyright claims are redundant; remedies may only be assessed once for all acts of infringement with respect to any particular work, no matter how many different ways that alleged infringement is characterized.

## THIRD AFFIRMATIVE DEFENSE

(Superfluous unfair competition claims)

Plaintiff's 17200 and common law unfair competition claims are superfluous to its copyright and Lanham Act claims and the remedies specified in those statutes. Without a violation of the Copyright Act or Lanham Act, there is no predicate act of unfair competition. And if either of these statutes were violated, then the remedies may be exclusively found in those statutes.

## FOURTH AFFIRMATIVE DEFENSE

(Insufficient originality)

Plaintiff's designs are not sufficiently original to be entitled to protection under the Copyright Act, and even if they are, the scope of protection is so narrow as to preclude any finding of infringement in this case.

///
///
///

## FIFTH AFFIRMATIVE DEFENSE

(No secondary meaning)

Plaintiff's designs are not sufficiently distinctive to have acquired secondary meaning in the minds of a significant part of the consuming public.

## SIXTH AFFIRMATIVE DEFENSE

(Digital Millennium Copyright Act)

Amazon.com is shielded from copyright liability for the actions of third parties by the Digital Millennium Copyright Act.

## SEVENTH AFFIRMATIVE DEFENSE

**(**Failure to Mitigate**)**

Plaintiff's claims for damages are barred by its failure to mitigate.

## RESERVED AFFIRMATIVE DEFENSES

The complaint does not describe the alleged actions of Amazon.com with sufficient particularity to permit it to ascertain what other defenses may exist. Amazon.com is mentioned as part of "Defendants," but no particularized allegations are made against it. Amazon.com cannot even ascertain which products are alleged to have been sold on Amazon.com, much less which of Plaintiff's products those items are alleged to infringe or how. Amazon.com therefore reserves the right to assert all defenses that may pertain to the complaint as the facts of the case are discovered.

**PRAYER FOR RELIEF**:

Amazon.com requests entry of judgment in its favor and prays that the Court:

1. dismiss Plaintiff's complaint with prejudice;
2. award Amazon.com its costs;
3. award Amazon.com its reasonable attorney fees and expenses, as permitted by law, and;
4. grant Amazon.com other and further relief as the Court may deem just and proper.

Dated: May 25, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Timothy L. Skelton*
ALLAN E. ANDERSON
TIMOTHY L. SKELTON
Attorneys for Defendant
AMAZON.COM, INC

**DEMAND FOR JURY TRIAL**

Amazon.com Inc. hereby requests a jury trial on all issues triable to a jury.

Dated:   May 25, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Timothy L. Skelton*
ALLAN E. ANDERSON
TIMOTHY L. SKELTON
Attorneys for Defendant
AMAZON.COM, INC