ALLAN E. ANDERSON (SBN 133672)
TIMOTHY L. SKELTON (SBN 200432)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA  90071-2213
Telephone:  (213) 312-2000
Facsimile:  (213) 312-2001
Email:    aanderson@rmkb.com
          tskelton@rmkb.com

Attorneys for AMAZON.COM, INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A'LOR INTERNATIONAL, LTD., a California Limited Company, individually and doing business as "CHARRIOL USA," <br><br> Plaintiff, <br><br> v. <br><br> TAPPERS FINE JEWELRY, INC., et al., <br><br> Defendants. | Case No.  CV12-02215 RGK (VBKx) <br><br> **AMAZON.COM'S JOINDER IN MOTIONS TO DISMISS FILED BY GABRIEL BROTHERS AND BY TAPPERS FINE JEWELRY INC.** <br><br> Date:       July 16, 2012 <br> Time:       9:00 a.m. <br> Ctrm No.   850 <br><br> Judge:   R. Gary Klausner <br> Magistrate Judge:  Victor B. Kenton |

**PLEASE TAKE NOTICE** that Amazon.com, Inc. hereby joins in the motions to dismiss filed by Gabriel Brothers (ECF #80) and in parts D, E, and F of the motion to dismiss filed by Tappers Fine Jewelry Inc. (ECF #92).  With respect to the arguments advanced in these motions, both of these defendants are similarly situated to Amazon.com.

RC1/6505223.1/PF1

AMAZON.COM'S JOINDER IN MOTIONS TO DISMISS

| | | |
|---|---|---|
| 1 | Dated: June 14, 2012 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Timothy L. Skelton*<br>ALLAN E. ANDERSON<br>TIMOTHY L. SKELTON |
| 5 | | Attorneys for Defendant<br>AMAZON.COM, INC |