UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-02215-RGK (VBKx) | Date | August 8, 2012 |
|---|---|---|---|
| Title | A'LOR INTERNATIONAL, LTD. v. TAPPERS FINE JEWELRY, INC. et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| S. Williams (Not Present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order to Show Case re Dismissal

   In light of the Court's findings stated in its August 8, 2012 Order Defendants' Motions to Dismiss (DE 161), the Court orders Plaintiff to show cause in writing why Claims 5, 8, 10, 11, and 12 should not be dismissed as to all defendants. Plaintiff shall file and serve its response to OSC no later than **August 22, 2012**. Failure to timely file a response will result in immediate dismissal of those claims. Any oppositions to Plaintiff's response shall be filed and served no later than **August 29, 2012.**

   **IT IS SO ORDERED.**

                                                                                                  :

                                                         Initials of Preparer