ALLAN E. ANDERSON (SBN 133672)
TIMOTHY L. SKELTON (SBN 200432)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA  90071-2213
Telephone:  (213) 312-2000
Facsimile:  (213) 312-2001
Email:  aanderson@rmkb.com
        tskelton@rmkb.com

Attorneys for AMAZON.COM, INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A'LOR INTERNATIONAL, LTD., a California Limited Company, individually and doing business as "CHARRIOL USA," <br><br> Plaintiff, <br><br> v. <br><br> TAPPERS FINE JEWELRY, INC., et al., <br><br> Defendants. | Case No.  CV12-02215 RGK (VBKx) <br><br> **AMAZON.COM'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT;** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Judge:  R. Gary Klausner <br><br> Magistrate Judge:  Victor B. Kenton |

   Defendant Amazon.com Inc. answers the Complaint by Plaintiff A'Lor International, Ltd. as follows:

   1. Paragraph 1 states conclusions of law for which no response is required.

   2. Answering paragraph 2, Amazon.com does not contest jurisdiction.

   3. Answering paragraph 3, Amazon.com does not contest venue.

   4. Answering paragraph 4, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

5. Answering paragraph 5, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

6. Answering paragraph 6, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

7. Answering paragraph 7, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

8. Answering paragraph 8, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

9. Answering paragraph 9, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

10. Answering paragraph 10, Amazon.com admits that it is a Delaware corporation with its principal place of business in Washington, and that it sells products and services over the Internet via its website www.amazon.com for delivery to residents of California. Amazon.com otherwise denies the allegations in paragraph 1.

11. Answering paragraph 11, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

12. Answering paragraph 12, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

13. Answering paragraph 13, Amazon.com admits the allegations.

14. Answering paragraph 14, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

15. Answering paragraph 15, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

16. Answering paragraph 16, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

17. No response is required to paragraph 17.

18. No response is required to paragraph 18.

19. Answering for itself only, Amazon.com denies the allegations in paragraph 19.

20. Answering paragraph 20, Amazon.com denies that it has engaged in any wrongdoing with respect to Plaintiff in this or any other judicial district.

21. Answering paragraph 21, Amazon.com denies that it has engaged in any wrongdoing with respect to Plaintiff in this or any other judicial district.

22. Answering paragraph 22, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

23. Answering paragraph 23, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

24. Answering paragraph 24, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

25. Amazon.com denies the allegations in paragraph 25.

26. Answering paragraph 26, Amazon.com denies that Plaintiff's products are distinctive. As to the remaining allegations, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

27. Answering paragraph 27, Amazon.com denies that Plaintiff's products are distinctive. As to the remaining allegations, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

28. No response is required to paragraph 28.

29. Amazon.com denies the allegations in paragraph 29.

30. Amazon.com denies the allegations in paragraph 30.

31. Answering paragraph 31, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

32. Answering paragraph 32, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

33. Answering paragraph 33, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

34. Amazon.com denies the allegations in paragraph 34.

35. Answering paragraph 35, Amazon.com denies that Plaintiff's jewelry is distinctive. As to the remaining allegations, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

36. Answering paragraph 36, Amazon.com denies that Plaintiff's jewelry is distinctive. As to the remaining allegations, Amazon.com is without sufficient

information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

37. Amazon.com denies the allegations in paragraph 37.

38. Amazon.com denies the allegations in paragraph 38.

39. Amazon.com denies the allegations in paragraph 39.

40. Answering paragraph 40, Amazon.com denies that it appropriated Plaintiff's advertising. As to the remaining allegations, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

41. Amazon.com denies the allegations in paragraph 41.

42. Answering paragraph 42, Amazon.com denies that the designs in Exhibit 1 are infringing.

43. Answering paragraph 43, Amazon.com admits that the depicted products were listed on its site, either by itself or by third parties, but denies that any of them are infringing.

44. Answering paragraph 44, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

45. Answering paragraph 45, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

46. Answering paragraph 46, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them, but denies that any item listed on its site are infringing.

47. Answering paragraph 47, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations

of this paragraph and therefore denies them.

48. Answering paragraph 48, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them

49. Answering paragraph 49, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them, but denies that any item listed on its site are infringing.

50. Answering for itself only, Amazon.com denies the allegations in paragraph 50.

51. Answering for itself only, Amazon.com denies the allegations in paragraph 51.

52. Answering paragraph 52, Amazon.com denies that consent was needed.

53. Answering for itself only, Amazon.com denies the allegations in paragraph 53.

54. Answering for itself only, Amazon.com denies the allegations in paragraph 54.

55. Answering for itself only, Amazon.com denies the allegations in paragraph 55.

56. Answering for itself only, Amazon.com denies the allegations in paragraph 56.

57. Answering for itself only, Amazon.com denies the allegations in paragraph 57.

58. Answering for itself only, Amazon.com denies the allegations in paragraph 58.

59. Answering for itself only, Amazon.com denies the allegations in

paragraph 59.

60. Answering for itself only, Amazon.com denies that any authorization or approval is required for the sale of the products in Exhibit 1.

61. Answering for itself only, Amazon.com denies the allegations in paragraph 61.

62. Answering for itself only, Amazon.com denies the allegations in paragraph 62.

63. No response to paragraph 63 is required.

64. Answering paragraph 64, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

65. Answering paragraph 65, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

66. Answering paragraph 66, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

67. Answering for itself only, Amazon.com denies the allegations in paragraph 67.

68. Answering for itself only, Amazon.com denies the allegations in paragraph 68.

69. Answering for itself only, Amazon.com denies the allegations in paragraph 69.

70. Answering for itself only, Amazon.com denies the allegations in paragraph 70.

71. Answering for itself only, Amazon.com denies the allegations in paragraph 71.

72. Answering for itself only, Amazon.com denies the allegations in paragraph 72.

73. No response to paragraph 73 is required.

74. Answering for itself only, Amazon.com denies the allegations in paragraph 74.

75. Answering for itself only, Amazon.com denies the allegations in paragraph 75.

76. Answering paragraph 76, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

77. Answering for itself only, Amazon.com denies the allegations in paragraph 77.

78. Answering for itself only, Amazon.com denies the allegations in paragraph 78.

79. Answering for itself only, Amazon.com denies the allegations in paragraph 79.

80. No response to paragraph 80 is required.

81. Answering for itself only, Amazon.com denies the allegations in paragraph 81.

82. Answering paragraph 82, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

83. Answering for itself only, Amazon.com denies the allegations in paragraph 83.

84. Answering for itself only, Amazon.com denies the allegations in paragraph 84.

85. Answering for itself only, Amazon.com denies the allegations in

paragraph 85.

86. No response to paragraph 86 is required.

87. Answering paragraph 87, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

88. Answering paragraph 88, Amazon.com is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations of this paragraph and therefore denies them.

89. Answering for itself only, Amazon.com denies the allegations in paragraph 89.

90. Answering for itself only, Amazon.com denies the allegations in paragraph 90.

91. Answering for itself only, Amazon.com denies the allegations in paragraph 91.

92. Answering for itself only, Amazon.com denies the allegations in paragraph 92.

93. Answering for itself only, Amazon.com denies the allegations in paragraph 93.

94. Answering for itself only, Amazon.com denies the allegations in paragraph 94.

95. Answering for itself only, Amazon.com denies the allegations in paragraph 95.

96. Answering for itself only, Amazon.com denies the allegations in paragraph 96.

97. Answering for itself only, Amazon.com denies the allegations in paragraph 97.

98. No response to paragraph 98 is required.

99. Answering paragraph 99, Amazon.com denies the allegations in paragraph 99.

100. Answering for itself only, Amazon.com denies the allegations in paragraph 100.

101. Answering for itself only, Amazon.com denies the allegations in paragraph 101.

102. Answering for itself only, Amazon.com denies the allegations in paragraph 102.

103. Answering for itself only, Amazon.com denies the allegations in paragraph 103.

104. No response to paragraph 104 is required.

105. No response to paragraph 105 is required.

106. No response to paragraph 106 is required.

107. No response to paragraph 107 is required.

108. No response to paragraph 108 is required.

109. No response to paragraph 109 is required.

110. No response to paragraph 110 is required.

111. No response to paragraph 111 is required.

112. No response to paragraph 112 is required.

126. No response to paragraph 126 is required.

127. No response to paragraph 127 is required.

128. No response to paragraph 128 is required.

129. No response to paragraph 129 is required.

**PRAYER FOR RELIEF**

Answering for Amazon.com only, Amazon.com denies that Plaintiff is entitled to any of the items set forth in its prayer for relief.

## SEPARATE AFFIRMATIVE DEFENSES

As a further answer to Plaintiff's complaint, Amazon.com asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

Plaintiff's complaint, and each and every cause of action, fails to state facts as to Amazon.com sufficient to constitute a cause of action against it.

### SECOND AFFIRMATIVE DEFENSE

(Insufficient originality)

Plaintiff's designs are not sufficiently original to be entitled to protection under the Copyright Act, and even if they are, the scope of protection is so narrow as to preclude any finding of infringement in this case.

### THIRD AFFIRMATIVE DEFENSE

(No secondary meaning)

Plaintiff's designs are not sufficiently distinctive to have acquired secondary meaning in the minds of a significant part of the consuming public.

### FOURTH AFFIRMATIVE DEFENSE

(Digital Millennium Copyright Act)

Amazon.com is shielded from copyright liability for the actions of third parties by the Digital Millennium Copyright Act.

### FIFTH AFFIRMATIVE DEFENSE

(Failure to Mitigate)

Plaintiff's claims for damages are barred by its failure to mitigate.

**RESERVED AFFIRMATIVE DEFENSES**

The complaint does not describe the alleged actions of Amazon.com with sufficient particularity to permit it to ascertain what other defenses may exist. Amazon.com is frequently mentioned as part of "Defendants," but no particularized allegations are made against it. Amazon.com is not mentioned in Exhibit 1. Amazon.com cannot ascertain which of Plaintiff's products are alleged to have been infringed by products listed on Amazon.com. Amazon.com therefore reserves the right to assert all defenses that may pertain to the complaint as the facts of the case are discovered.

**PRAYER FOR RELIEF**:

Amazon.com requests entry of judgment in its favor and prays that the Court:

1. dismiss Plaintiff's complaint with prejudice;

2. award Amazon.com its costs;

3. award Amazon.com its reasonable attorney fees and expenses, as permitted by law, and;

4. grant Amazon.com other and further relief as the Court may deem just and proper.

Dated:   September 7, 2012            ROPERS, MAJESKI, KOHN & BENTLEY


By:*/s/ Timothy L. Skelton*
   ALLAN E. ANDERSON
   TIMOTHY L. SKELTON
   Attorneys for Defendant
   AMAZON.COM, INC

**DEMAND FOR JURY TRIAL**

Amazon.com Inc. hereby requests a jury trial on all issues triable to a jury.

Dated: September 7, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Timothy L. Skelton*
ALLAN E. ANDERSON
TIMOTHY L. SKELTON
Attorneys for Defendant
AMAZON.COM, INC