JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-02215-RGK (VBKx) | Date | April 16, 2013 |
|---|---|---|---|
| Title | A'LOR INTERNATIONAL, LTD. v. TAPPERS FINE JEWELRY, INC. et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| S. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) Order re Dismissal of Remaining State Claims**

In light of the Court's Order re Plaintiff A'lor's Motion for Summary Adjudication and Defendant Lau's Motion for Partial Summary Judgment (DE 277), as well as the Orders Granting Stipulations to Dismiss Defendants Gabriel and Amazon.com (DEs 287 and 292), the Court finds that no federal questions remain in this action. The only claims remaining are those alleged under state law.

In its discretion, the Court will not exercise supplemental jurisdiction over the remaining state claims. As such, the Court hereby **dismisses** the remaining claims for lack of subject matter jurisdiction.

The Court orders Defendants to file a Proposed Judgment consistent with all pertinent orders no later than **April 23, 2013**.

**IT IS SO ORDERED.**

:

Initials of Preparer