JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A'LOR INTERNATIONAL, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TAPPERS FINE JEWELRY, INC.; *et al.*<br><br>Defendants. | Case No.: CV12-02215 RGK (AGRx)<br>*Honorable R. Gary Klausner Presiding*<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ACTION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** |

1

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);
2. This dismissal is subject to and predicated upon the settlement agreements that gave rise to this dismissal;
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
4. The Court will retain jurisdiction to enforce the terms of the settlement agreements entered into in this matter.

SO ORDERED.

Date: August 7, 2015            By: _____
                                    Honorable R. Gary Klausner
                                    United States District Judge